No. 486, Misc. HACKWORTH *v.* HIATT, WARDEN;
No. 489, Misc. LOWE *v.* HUMPHREY, WARDEN; and
No. 506, Misc. LEDER *v.* CALIFORNIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 490, Misc. RASH *v.* MEMBERS OF BOARD OF TRUSTEES OF INDIANA STATE PRISON; and
No. 503, Misc. DAVISON *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. Motions for leave to file petitions for writs of mandamus denied.

*Certiorari Granted.*

No. 703. ACKERMANN *v.* UNITED STATES; and
No. 704. ACKERMANN *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *E. M. Grimes* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 723. UNIVERSAL CAMERA CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari granted. *James S. Hays* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 421, Misc. FEINER *v.* NEW YORK. Court of Appeals of New York. Certiorari granted.